## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ISSUANCE OF CRIMINAL COMPLAINT AND ARREST WARRANT

Your affiant, Special Agent Lindsey Santos, being duly sworn and deposed, states as follows:

## INTRODUCTION

I, Lindsey Santos, being first duly sworn state:

1. I am a Special Agent with the Naval Criminal Investigative Service (NCIS) since August 2022. In that capacity, my duties including investigating federal criminal offenses in the Eastern District of Virginia. During my tenure as a Special Agent, I have completed approximately 500 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). While at FLETC, I completed blocks of instruction and labs that have enabled me to identify potential sources of electronic evidence, including but not limited to computers, cell phones, and other digital storage media and to preserve and exploit such evidence. Prior to my tenure as a Special Agent, I was employed by the Norfolk Police Department from July 2015 to August 2022 and was assigned to the Vice and Narcotics Division from July 2018 to August 2022. During my assignment to the Vice and Narcotics Division, I was tasked with investigating Human Trafficking, Narcotics, and Child Exploitation, both as an investigator and an undercover officer. I have participated and am familiar with elements needed to bring a successful conclusion to short-term investigations. I have had training in both Child Pornography Detection and Investigations and am a member of the Internet Crimes against Children (ICAC) Task Force. Further, I received advanced training in Human Trafficking investigations and is a member of the Department of Homeland Security, Human Trafficking Task Force as a Task Force Officer since September 2020. I further assisted the Norfolk Police Department Detective Division with multiple property crime related investigations to include theft, burglary and robbery. I have conducted and completed well over 100 criminal investigations at the local, state, and federal level, which resulted in over 100 convictions of crimes ranging from larceny, to that of possession of a controlled substance as well as Human Trafficking and Child Exploitation. I have testified in state court over 500 times and in federal court on two occasions. Moreover, I have conducted and participated in over 50 search warrants, to include that of premises as well as electronic devices, cloud computing storage, and persons, as well as over 400 interviews of suspects, witnesses and victims.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. The facts in this affidavit come from information obtained from other agents and law enforcement officers, witnesses, my knowledge, training and experience, and personal observations. This affidavit is intended to show there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. This affidavit is being made in support of a criminal complaint and application for an arrest warrant for **ZHANE TAVERN ELAMIN** for violations of 18 U.S.C. §§ 2422(b) (attempted coercion and enticement of a minor), 2252(a)(2) (distribution of child

pornography), and 2252(a)(4)(B) (possession of child pornography), offenses which occurred in the Eastern District of Virginia and elsewhere.

## BACKGROUND OF THE INVESTIGATIVE TEAM

5. This ongoing investigation is being conducted by NCIS. The respective agents and investigators assigned to this investigation are hereinafter referred to as "the investigative team."

## PERTINENT CRIMINAL STATUTES

6. Title 18, United States Code, Section 2252(a)(2) prohibits a person from knowingly receiving, or distributing, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if such visual depiction is of sexually explicit conduct.

7. Title 18, United States Code, Section 2252(a)(4)(B), in relevant part, prohibits a person from knowingly possessing, or accessing with intent to view, one or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including my computer if such visual depiction is of such conduct.

8. Title 18, United States Code, Section 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempting to do so.

9. Virginia Code § 18.2-370(A) prohibits any person 18 years of age or over, who, with lascivious intent, knowingly and intentionally commits any of the following acts with any child under the age of (1) Expose his or her sexual or genital parts to any child to whom such person is not legally married or propose that any such child expose his or her sexual or genital parts to such person; or (3) Propose that any such child feel or fondle his own sexual or genital parts or the sexual or genital parts of such person or propose that such person feel or fondle the sexual or genital parts of any such child; or (4) Propose to such child the performance of an act of sexual intercourse, anal intercourse, cunnilingus, fellatio, or anilingus or any act constituting an offense under § 18.2-361; or (5) Entice, allure, persuade, or invite any such child to enter any vehicle, room, house, or other place, for any of the purposes set forth in the preceding subdivisions of this subsection.

## BASIS FOR FACTS CONTAINED IN AFFIDAVIT

10. Since this affidavit is being submitted only for the limited purpose of securing authorization for a criminal complaint and arrest warrant, your affiant has not included each and every fact known to the investigative team concerning this investigation. Rather, your affiant has set forth only those facts that are believed to be necessary to establish probable cause to arrest the aforementioned individuals.

11. Your affiant has personally participated in the investigation of the offenses described in this affidavit. As a result of your affiant's participation in this investigation and a review of reports made to your affiant by other members of the investigative team, your affiant is familiar with the circumstances of this investigation. On the basis of this familiarity, and on the basis of the other information which I have reviewed and determined to be reliable, your affiant alleges the following:

## FACTS AND CIRCUMSTANCES

12. NCIS is conducting a criminal investigation into the Distribution and Possession of Child Sexual Abuse Material (CSAM), and the Attempted Coercion and Enticement of Minors in Norfolk, Virginia from April 1, 2022, to present day.

13. Between April 1, 2022, and December 28, 2022, several CyberTips were sent by various phone application companies to the National Center for Missing and Exploited Children (NCMEC) regarding one of their users uploading Child Sexual Abuse Material (CSAM) to their account. As reference, NCMEC is a non-profit organization that provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children. Pursuant to its mission and its Congressional authorization (formerly 42 USC § 5773, now 34 USC § 11293), is statutorily obliged to maintain an electronic tip line for Electronic Communication Service Providers (ECSPs) to use to report possible Internet child sexual exploitation violations to the government.

14. In the media files in the CyberTips was the IP address 216.54.92.122, which was used to log into or upload the CSAM to the account. A court order was sent to Cox Communications for subscriber information and the return listed the IP address 216.54.92.122 as being assigned to a particular building located on board NAVSTA Norfolk in Norfolk, VA. United States Navy records reflect that Zhane ELAMIN was assigned to that particular building from September 17, 2022, and checked out on December 22, 2022. Overall, 17 media files, images, and videos were shared across the phone applications. Navy records checks showed that Zhane ELAMIN has been stationed in Norfolk, Virginia since 2021.

15. Based on information contained in the CyberTips, Virginia Beach Police Department (VBPD) obtained search warrants for the email addresses "harvardblake03@outlook.com" and "krisskross2077@outlook.com," which were listed in the CyberTips. On June 6, 2023, your affiant reviewed the search warrant returns, which contained emails addressed to "Zhane," in addition to account creation information

pertaining to a Viasat "Go NavyWiFi" account, which would have been the type of account a user would have used in the particular building on NAVSTA.

16. The CyberTips also contained Discord account usernames "John Raney#9424" and "Cosmo#4753." On January 20, 2023 and February 8, 2023, respectively, VBPD executed search warrants on these accounts. On August 10, 2023, your affiant reviewed the search warrant returns. Approximately 121 media files of suspected CSAM, namely image and video files, were found in the return. The media files were sent to NCMEC and approximately 61 files were contained identified child victims in at least 15 known series.

17. A "selfie"-style picture depicting a male in a Navy uniform was also located in the search warrant return. This photo provided within the return was compared to the Common Access Card system and returned with the selfie being of ELAMIN.

18. On March 11, 2024, a Special Agent from Homeland Security Investigations ("HSI"), working in an Undercover capacity (UCA) (hereinafter, the "HSI UCA"), posted on a phone application. The HSI UCA's post stated, "I'll rate pics (no limits). Kinda wonder what guys are into." A user with the screen name, "Confident_light" responded to the HSI UCA's post. Upon initial view of the direct message with "Confident_light," user profile information was visible displaying "Confident_light" account information as a Male, 21-25 Years Old with the profile location of Norfolk, VA. In total, between March 11, 2024 and March 12, 2024, "Confident_light" sent three (3) images to the HSI UCA, two (2) of which are CSAM. One of these images depicted a prepubescent female performing oral sex on an unknown male and being penetrated with an inanimate object by the same male. After "Confident_light" sent the HSI UCA the image, the HSI UCA stated, "Adult porn? Everyone is into that." "Confident_light" then responded, "That's a kid." "Confident_light" then sent two additional images of CSAM to the HSI UCA. These two images depicted a prepubescent female, fully nude, one displaying the front of the vagina with her arm up, and the other depicted the same prepubescent female, fully nude, laying backward with both legs open displaying her vagina and anus.

19. After "Confident_light" sent the images described above to the HSI UCA, "Confident_light" and the HSI UCA discussed switching applications. "Confident_light" provided the HSI UCA a code used to direct message on the second application. This second application contains an end-to-end encrypted messenger that provides privacy. Prior to leaving the first application, the HSI UCA advised "Confident_light" that the HSI UCA was unable to copy and paste the code, so "Confident_light" then requested a new code from the HSI UCA. The UCA then received a message on the application from "Loving Pedo" at 7:44pm, with the first message stating "Confident light." Approximately 3 minutes after receiving the initial message, at 7:47pm, "Loving Pedo" sent the HSI UCA two (2) videos of what appeared to depict child pornography. One video depicted a small-framed prepubescent female vagina being vaginally penetrated by a penis. The other video depicted a small prepubescent female laying on her hands and knees, face down, being anally penetrated by a full unclothed adult male. The HSI UCA and "Confident_light" decided to exchange photos of themselves. At 8:01pm, the subject sent the HSI UCA a picture purporting to be "Confident_light's" face. HSI sent the facial image to NCIS, and your affiant confirmed the picture depicted ELAMIN based on the prior "selfie"-style

4

picture received from the aforementioned return that was compared via CAC comparison within Navy records.

20. On March 18, 2024, the same HSI UCA posted on a social media application, stating, "Is anyone into anything that's not socially acceptable? If so I'm interested." "Confident_light" responded, stating "21 Male Virginia." and "I want to be caught having sex by a little girl and have her watch." "Confident_light"'s profile information again showed a location of Norfolk, VA. Throughout the conversation, "Confident_light" sends messages stating, "I'm a real pedo" and "I have a ton of cp and I'm jerking to a 12 year old girls nudes," "I watch cp and talk to minors online," and "I'm a pedophile. I like kids." That day "Confident_light" sent one (1) image that appeared to depict CSAM. This image depicted a prepubescent female laying on her hands and knees, displaying her unclothed vagina and anus.

21. Between March 19, 2024 and March 20, 2024, an NCIS UCA (hereinafter, the "NCIS UCA") posted on a social media application, stating, "What r u into." "Confident_light" messaged the NCIS UCA and began engaging in conversation. The NCIS UCA stated she was 13-years-old and located in Virginia Beach, VA. Within the same conversation, "Confident_light" stated "Makes me want to meet you more," and "I could teach you everything" after asking if the NCIS UCA was a virgin. Further, "Confident_light" stated "Tell you what. You have [second social media application]?", to which the NCIS UCA responded "No whats that." "Confident_light" explained "It's a chat app. But I can safely send a pic of me there." The NCIS UCA told "Confident_light" she would download it and asked, "How do u add me." "Confident_light" explained, "Give me your username," and the NCIS UCA provided "Sunshinebrittney."

22. On the same date, March 19, 2024, the NCIS UCA received a direct message on the second social media application from "Lumerian" stating "Hi" "From [first social media application]?". The NCIS UCA responded, "Yes… Confident?". "Lumerian" confirmed stating "Yes". "Lumerian" immediately sent the same "selfie"-style photo that was sent to the HSI UCA on March 11, 2024, which was previously confirmed to depict ELAMIN. Further into the conversation, "Lumerian" asked several questions to the NCIS UCA including where she lived, if her mom was home at night, and what the closest store to her residence was. "Lumerian" suggested "We can meet at the target and go into the bathroom there" and described it as "Just a quick meet. Kissing touching if you want. Maybe more but only if you want it" and described "touching" as "Yea, So you can feel what it's like to touch your pussy." "Lumerian" described the conversation as making them "horny" and that "horny" meant "Like my dick is hard and I want to have sex." "Lumerian" then asked "Do you wanna see?". The NCIS UCA responded, "It's up to u…" "Lumerian" immediately sent a photo depicting an unclothed erect penis to the NCIS UCA and asked "You like it?". The NCIS UCA responded "Ya…" and "Lumerian" asked "Could I see you naked? Maybe just your stomach or chest?" Ultimately, on March 20, 2024, "Confident_light" ended the conversation with the UCA.

23. On March 22, 2024, the HSI UCA posted on a social media application, stating, "Seeing if there are like minded guys on [social media application]. Send me a pic of what ur sexually attracted to. Maybe we're same." "Confident_light" responded. "Confident_light"'s profile information again showed a location of Norfolk, VA. In response to the post,

5

"Confident_light" sent the HSI UCA the message, "I think we have something in common." The HSI UCA responded "Oh? Do tell" to which "Confident_light" responded "I can show," with the HSI UCA responding "Mmmk." Immediately after that message, "Confident_light" sent one (1) image that appeared to depict CSAM. This image depicted a prepubescent female, laying on her stomach, fully nude displaying her buttocks with her legs spread open in a sexually provocative position. This image further had the words "#teen" under the image itself. The HSI UCA responded "Oh so like normal model pix? Kool." "Confident_light" immediately sent an additional picture of apparent CSAM. This image depicted a prepubescent female being vaginally penetrated by an adult male penis, while sitting on top of that male.

24. Further into the conversation, the HSI UCA asked "Confident_light" "[second social media application]?" in reference to asking if he had a certain different social media application. "Confident_light" then provided the HSI UCA with handle "@Cassandra69futa" to chat on a different platform. The HSI UCA initiated a private conversation with "@Cassandra69futa" on the application by saying "Hey u. Feom [first social media application]" and "U justvgave me ur [username]". The profile of "@Cassandra69futa" responded "Yep" and "[HSI UCA username on other social media application]?". The HSI UCA said "Yes" and also sent a screen shot of a portion of the parties' previous conversation on the first social media application and asked "U right?" to further confirm it was the same individual "Confident_light" had been speaking to on the previous social media application. "@Cassandra69futa" responded "Yep." Later, "@Cassandra69futa" stated "I'min the military," "I'm going to Japan soon so hopefully I can find some kids out there." The HSI UCA claimed to have a 10-year-old daughter.

25. Then the HSI UCA said, "Anyway. How much cp u have? Intrigued cuz we have our own daughter so we don't search for it" to which "@Cassandra69futa" responded, "A lot" and "Over 100 videos" and "Wide age range too" and "4-12." The HSI UCA responded "Idk if I belive that" and "Where do you keep it all?" "@Cassandra69futa" responded with a screenshot of their photo library on the social media application. This screenshot showed approximately 28 thumbnail images of videos, some of which are easily identifiable as CSAM. Most of the videos depicted prepubescent females performing oral and vaginal intercourse. This screenshot further stated, "35 images 105 videos." After the screenshot, "@Cassandra69futa" described their "collection" of media files as "A pretty varied collection" and "Blowjobs, anal, vaginal" and "Lol I can send the actual vid if you want real proof" and "I can send one or a dozen" and "Give a number less than 20 and I'll sent it." The HSI UCA responded, "I'll leave it up to u. Hehe." "Two messages later "@Cassandra69futa" sent approximately 15 video files that depict apparent CSAM. These videos include the following: (1) video of two prepubescent children, 1 male and 1 female engaged in sexual intercourse, (1) video depicting a prepubescent female, fully nude, engaged in oral sexual intercourse with an adult male, (4) videos depicting two different prepubescent females engaged in oral sexual intercourse with different individuals, (1) video depicting a prepubescent female being vaginally penetrated by an adult male penis, (1) video depicting a prepubescent female, fully nude, performing oral intercourse on two separate male penises, (1) video depicting a prepubescent female being vaginally penetrated, (1) video depicting a prepubescent female, fully nude, being vaginally penetrated by an adult male." The conversation on March 22, 2024 ended with the HSI UCA telling "@Cassandra69futa" Ok well hmu whenever ttyl."

26. On March 23, 2024, the HSI UCA was in contact again with the profile "@Cassandra69futa" via the same social media application. The HSI UCA initiated the conversation by stating "Wyd" at 8:20am. At 4:15pm, "@Cassandra69futa" responded stating, "Just got home from the gym." The HSI UCA responded "Nice. I'm just chillin" at 4:15pm. Without any additional conversation or request, the profile "@Cassandra69futa" sent 3 videos containing CSAM. These videos include the following: (1) video depicting a fully nude prepubescent female being anally penetrated by an adult male penis, (1) video depicting a prepubescent female performing oral sexual intercourse on an adult male penis, and (1) video depicting a prepubescent female performing oral sexual intercourse on an adult male penis. The conversation with "@Cassandra69futa" ended on March 23, 2024.

27. On March 23, 2024, the NCIS UCA posted on a social media application, stating, "What u into." "Confident_light" messaged the NCIS UCA and began engaging in conversation. Throughout the conversation,"Confident_light" stated "I like younger girls" and when asked to clarify, the subject stated the ages of "6-13." Further, "Confident_light" admitted, "When I was 17 I slept with a 12 year old girl." The NCIS UCA asked if he filmed the sexual intercourse, he stated, "I wish I had" and "Well now I just watch people do what I wish I could." The NCIS UCA asked if "Confident_light" "collected" in reference to downloading and saving CSAM and "Confident_light" said, "I've got a ton" and that they download CSAM from the "Dark web" and that they possess "like almost 200 videos." The NCIS UCA asked "Confident_light" if they used "TOR" or the dark web browser, to which they replied "Yea." The NCIS UCA stated "I've never seen it. I've jsust heard about it." "Confident_light" then asked the NCIS UCA "would you want to" and "Do you have [second social media application]?". The NCIS UCA replied ":Yeah" and "Confident_light" responded "Add me" and provided the username "@Cassandra69futa."

28. The NCIS UCA then messaged "@Cassandra69futa" on the second social media application by saying "Confident?", referring to the username from the first social media application. "@Cassandra69futa" responded "That is I" and "So you ready?". "@Cassandra69futa" immediately sent four (4) videos depicting CSAM to the NCIS UCA. All four (4) videos depict prepubescent females engaged in sexual acts.. Approximately 16 minutes later, further in the conversation, "@Cassandra69futa" sent six (6) additional videos depicting CSAM. All videos sent to the NCIS UCA were of prepubescent females engaged in sexual intercourse. Approximately 11 minutes later, further in the conversation, "@Cassandra69futa" sent nine (9) additional videos depicting CSAM. All videos sent to the NCIS UCA were of prepubescent females engaged in sexual intercourse. Further in the conversation, "@Cassandra69futa" sent fourteen (14) additional videos depicting CSAM. All videos sent to the UCA were of prepubescent females engaged in sexual intercourse. Overall, the total number of videos the NCIS UCA received from "@Cassandra69futa" was 33 videos of CSAM.

29. The applications ELAMIN was using showed he was geo-located in the Eastern District of Virginia during this time period.

30. Norfolk, Virginia, is located within the Eastern District of Virginia.

7

31. The social media applications mentioned here require the use of the internet.

## CONCLUSION

32. Based on the information contained herein, I submit that there is probable cause to believe that:

Count One: From on or about March 19, 2024 through on or about March 20, 2024, within the Eastern District of Virginia, the defendant, Zhane Tavern ELAMIN, using a facility or means of interstate or foreign commerce, knowingly persuaded, induced, enticed, or coerced an individual who has not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, namely Va. Code. § 18.2-370(A)(3), or attempted to do so, in violation of 18 U.S.C. § 2422(b);

Count Two: From on or about April 1, 2022 through on or about March 23, 2024, Zhane Tavern ELAMIN knowingly distributed visual depictions of minors engaged in sexually explicit conduct that have been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed, shipped or transported, by any means including by computer, in violation of 18 U.S.C. § 2252(a)(2); and

Count Three: From on or about April 1, 2022 though on or about April 1, 2024, Zhane Tavern ELAMIN knowingly possessed materials which contain visual depictions of minors engaged in sexually explicit conduct that have been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed, shipped or transported, by any means including by computer, in violation of 18 U.S.C. § 2252(a)(4)(B).

33. Accordingly, I request that a complaint and arrest warrant be issued charging ZHANE TAVERN ELAMIN with such offenses.

FURTHER YOUR AFFIANT SAYETH NOT.

Lindsey Santos, Special Agent
Naval Criminal Investigative Service

Sworn and subscribed to before me on this __1st__ day of April 2024.

United States Magistrate Judge
Norfolk, Virginia

8